UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

JESUS GUILLERMO MORA, ANDREA
NUNEZ, and KAIYA JEWLIET PROCTOR,

    Defendants.

Civil Action No.: 5:18-cv-00007-FL

**CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant, Jesus Guillermo Mora.

DEFAULT ENTERED this 29th day of June, 2018.

By     Clerk of Court