UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ) ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v. ) | No. 5:18-CV-7-FL |
| ) | |
| JESUS GUILLERMO MORA, ANDREA NUNEZ ) and KAIYA JEWLIET PROCTOR ) | |
| Defendants ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Joint Motion for Default Judgment and Motion for Interpleader Relief.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's consent order entered July 17, 2018, and for the reasons set forth therein, that default judgment is hereby entered against Defendant Jesus Guillermo Mora and Prudential shall issue payment of the FSGLI Death Benefit to Defendant Kaiya Jewliet Proctor in the amount of $100,000.00, together with accrued claim interest, if any.

**This Judgment Filed and Entered on July 17, 2018, and Copies To:**

Benjamin L. Worley (via CM/ECF Notice of Electronic Filing)
James R. Nance, Jr. (via CM/ECF Notice of Electronic Filing)

July 17, 2018     PETER A. MOORE, JR. CLERK
                   /s/ Sandra K. Collins
                  (By) Sandra K. Collins, Deputy Clerk